1 to ct
propO



ORIGINAL



IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK<br>25 S. Charles Street<br>Baltimore, MD 21201 | * <br><br>* | |
| Plaintiff, | * | FILED<br>HARRISBURG |
| v. | * | CASE NO.: |
| JOHN M. ORTENZIO<br>510 Orchard Drive<br>Lemoyne, PA | * <br><br>* | MAY 4 2001<br>MARY E. D'ANDREA<br>Per_____<br>Deputy Clerk |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR ADMISSION PRO HAC VICE

Plaintiff, Allfirst Bank, by its undersigned counsel, moves for the admission *pro hac vice* pursuant to Local Rule 83.9.3 of Lawrence J. Gebhardt for purposes of participating in the above-referenced case and all matters pertaining thereto. The grounds for this motion are as follows:

1.  Lawrence J. Gebhardt is admitted to practice before the Maryland Court of Appeals and the District of Columbia Court of Appeals, as well as the United States District Court for the District of Maryland and the United States District Court for the District of Columbia.

2. Lawrence J. Gebhardt is in good standing in every jurisdiction where he has been admitted to practice and is not subject to any pending disciplinary proceeding in any jurisdiction.

*(signature)*
Michael D. Nord,
Pennsylvania Bar # 52486
Ramsay M. Whitworth,
Pennsylvania Bar # 85208
GEBHARDT & SMITH LLP
The World Trade Center, 9th Floor
401 E. Pratt Street
Baltimore, MD 21202

(410) 752-5830

*Attorneys for Allfirst Bank*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK<br>25 S. Charles Street<br>Baltimore, MD 21201 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CASE NO.: |
| JOHN M. ORTENZIO<br>510 Orchard Drive<br>Lemoyne, PA | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT

Lawrence J. Gebhardt deposes and states as follows:

1.  I am admitted to practice before the Maryland Court of Appeals and the District of Columbia Court of Appeals, as well as the United States District Court for the District of Maryland and the United States District Court for the District of Columbia.

2.  I am in good standing in every jurisdiction where I have been admitted to practice and am not subject to any pending disciplinary proceeding in any jurisdiction.

_____
Lawrence J. Gebhardt

## OATH

The undersigned swears under the penalties of perjury that the matters and facts set forth above are true and correct.

_____
Lawrence J. Gebhardt