AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __PENNSYLVANIA__

ALLFIRST BANK
   Plaintiff

          V.

JOHN M. ORTENZIO
   Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:01-CV-0786
               Judge Rambo

FILED
HARRISBURG, PA
JUN 0 4 2001
MARY E. D'ANDREA
Per _____ Deputy Clerk

TO: (Name and address of Defendant)

(SEE COMPLT.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence J. Gebhardt
Nichael D. Nord
Gebhardt and Smith LLP
The World Trade Cntr. 9th Floor
Baltimore, MD 21202
(410) 752-5830

an answer to the complaint which is herewith served upon you, within __(20) Twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary E. D'Andrea, Clerk           May 4, 2001
CLERK                                  DATE

_George T. Gardner_
ty) DEPUTY CLERK George T. Gardner

## WAIVER OF SERVICE OF SUMMONS

TO: _Lawrence J. Gebhardt_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of ___Allfirst Bank___ vs. ___John M. Ortenzio___, which is case number ___1:01 CZ 0786 (Judge Rambo)___ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after ___5/10/01___ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

John M. Ortenzio
by: James G. Wiles, attorney for Defendant

_____   _____
Date                      Signature

Printed/Typed Name:

Title if any:
                          Blank Rome Comisky & McCauley LLP
Address:                  One Logan Square
                          Philadelphia PA   19103

For Corporation, if any:

Representing defendant(s) if any: