IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK<br>25 S. Charles Street<br>Baltimore, MD 21201 | * * * | 01-CV-786 |
| Plaintiff, | * | |
| v. | * | CASE NO.: FILED<br>HARRISBURG, PA |
| JOHN M. ORTENZIO<br>510 Orchard Drive<br>Lemoyne, PA | * * | JUN 0 5 2001<br>MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING ADMISSION PRO HAC VICE

Upon the motion of Plaintiff for admission of Lawrence J. Gebhardt *pro hac vice* for participation in the above-referenced case and matters pertaining thereto and it appearing that the requirements of Local Rule 83.9.3 have been satisfied, it is hereby ORDERED by the United States District Court for the Middle District of Pennsylvania that Lawrence J. Gebhardt is admitted *pro hac vice* and may participate in the above-referenced case and matters pertaining thereto.

_____
United States District Judge

DATE: June 5, 2001

S:\LJG\19527\plead\order.wpd