# BLANK ROME COMISKY & McCAULEY LLP

*Counselors at Law*

Direct Dial: (215) 569-5641
Fax:            (215) 832-5641
Email:         swichar@blankrome.com

*Delaware*
*Florida*
*Maryland*
*New Jersey*
*New York*
*Ohio*
*Pennsylvania*
*Washington, DC*

July 13, 2001

<u>VIA FACSIMILE</u>
Judge Sylvia Rambo
United States District Court for
the Middle District of Pennsylvania
P.O. Box 983
Federal Building
Harrisburg, PA

**FILED**
**HARRISBURG, PA**

JUL 13 2001

**MARY E. D'ANDREA, CLERK**
Per _____
Deputy Clerk

Re:    Allfirst Bank v. Ortenzio
       <u>Case No. 1:01-CV-0786 (Judge Rambo)</u>

Dear Judge Rambo:

I am a partner in the law firm of Blank Rome Comisky & McCauley and we just learned of this pending case. Counsel on the record is James G. Wiles, Esquire, who recently left this law firm.

Mr. Wiles has not yet relocated his business office and we have been attempting to contact him in connection with this case.

Today, we came upon a letter that plaintiff's counsel, Lawrence J. Gebhardt, Esquire, sent to Mr. Wiles, which made note of the telephonic scheduling conference that has been set by Your Honor for July 18, 2001 at 8:45 a.m. Based on a telephone conversation that I had with Mr. Gebhardt and your Deputy Clerk, Mr. Armbruster, it was suggested that I write this letter to request a postponement of the scheduling conference until we ascertain the attorney who will be assuming the responsibility to defend the lawsuit. The case will either be formally transferred to Mr. Wiles, or Blank Rome will retain it and may request an extension of any applicable deadlines, or this firm will file a motion to withdraw and for an extension to allow the defendant to obtain other counsel. As of today, we are unable to make this determination.

# BLANK ROME COMISKY & McCAULEY LLP

Judge Sylvia Rambo
July 13, 2001
Page 2

      The purpose of this letter is to simply request a postponement of the scheduling conference scheduled for July 18, 2001.  It is our goal to ascertain the future representation of the defendant as soon as possible and, as set forth above, will proceed promptly to deal with this matter.  Mr. Gebhardt has no objection to this request.

      Your Honor's consideration of this request is greatly appreciated.

              Very truly yours,

              EDWARD I. SWICHAR

EIS/pam

cc:    Mark J. Armbruster (via facsimile)
       Deputy Clerk to Judge Rambo

       Lawrence J. Gebhardt, Esquire (via facsimile)

# BLANK, ROME, COMISKY & McCAULEY LLP

ONE LOGAN SQUARE ■ PHILADELPHIA, PENNSYLVANIA 19103 ■ 215–569–5500
TWX: 710–670–1073. BLARCOM ■ FAX: 215–569–5555

## TELECOPY MESSAGE TRANSMITTAL FORM

| MESSAGE FROM EDWARD I. SWICHAR | EXTENSION: | ATTORNEY NO.: |
|---|---|---|
| | 5641 | 0493 |

| CLIENT NO.: | MATTER NO.: | NO. OF PAGES (INCLUDE COVER) | WHEN COMPLETED CALL FOR PICKUP SEND INTEROFFICE |
|---|---|---|---|
| 900200 | 00001 | 3 | xx |

TO:    Judge Sylvia Rambo           FIRM:    U.S. District Court for the Middle District
       Mark J. Armbruster                            of Pennsylvania

FAX NO.:    717-221-3959                CONFIRMATION NO.: 717-221-3927

---

**If you experience problems with a transmission, please call (215) 569-5464 between 9:00 a.m and 9:00 p.m.**

ORIGINAL    will ☐ follow          will not ☐ follow          (please check one)

---

COVER MESSAGE:

---

**CONFIDENTIALITY NOTE:**
The documents accompanying this telecopy transmission contain information which may be confidential and/or legally privileged, from the law firm of Blank, Rome, Comisky & McCauley. The information is intended only for the use of the individual or entity named on this transmission sheet.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this firm immediately.  If you have received this in error, please notify us by telephone immediately at (215) 569-5464 collect, so that we may arrange for the return of the original documents to us at no cost to you.  The unauthorized disclosure, use, or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

| TRANSMITTED BY: | TIME SENT: | TIME CALLED: |
|---|---|---|
| BUSY: | NO ANSWER: | WRONG NUMBER: | NO CONNECTION: |