7/13/01
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ALLFIRST BANK,**           :   CIVIL NO. 1:CV-01-0786

      Plaintiff   :

    v.                        :           **FILED**
                                   HARRISBURG, PA
**JOHN M. ORTENZIO,**        :
                                   JUL 13 2001
      Defendant   :
                                   MARY E. D'ANDREA, CLERK
                                   Per _____
                                        Deputy Clerk

### ORDER

      Upon consideration of the request of counsel from the firm of Blank Rome Comisky & McCauley, **IT IS HEREBY ORDERED THAT** the case management conference scheduled for July 18, 2001, is postponed pending further order of court. No later than July 30, 2001, the firm of Blank Rome Comisky & McCauley shall report to the court as to the name of counsel representing Defendant in the captioned matter.

                                            _____
                                            SYLVIA H. RAMBO
                                            United States District Judge

Dated: July 13, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 13, 2001

Re:  1:01-cv-00786    Allfirst Bank v. Ortenzio

True and correct copies of the attached were mailed by the clerk to the following:

Lawrence J. Gebhardt, Esq.
Michael D. Nord, Esq.
Ramsay M. Whitworth, Esq.
Gebhardt & Smith LLP
The World Trade Center - 9th fl.
401 E. Pratt Street
Baltimore, MD  21201

James G. Wiles, Esq.
795 River Road
Yardley, PA  19067

```
cc:
Judge                          (X )              ( ) Pro Se Law Clerk
Magistrate Judge               ( )               ( ) INS
U.S. Marshal                   ( )               ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen   ( )   PA Atty Gen ( )
                                       DA of County  ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

7/13/01