


1 To CT

9
7/31/01
SC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK, | : | CIVIL ACTION NO. 1:01-CV-786 |
| Plaintiff, | : | |
| v. | : | (Judge Rambo) |
| JOHN M. ORTENZIO, | : | |
| Defendant. | : | |

FILED
HARRISBURG
JUL 27 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT;

Kindly enter my appearance as counsel for defendant John M. Ortenzio.

JAMES G. WILES
By: _____
James G. Wiles
PA ID NO. 40496
795 River Road
Yardley, PA 19067
(215) 295-6892

DATED: July 16, 2001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I today served the foregoing paper on all counsel of record by mailing a copy thereof via first class mail, postage prepaid, to the following:

Lawrence J. Gebhardt, Esquire
GEBHARDT & SMITH LLP
The World Trade Center, 9th floor
401 East Pratt Street
Baltimore, MD 21202

DATED: July 25, 2001

JAMES G. WILES