ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLFIRST BANK : | |
| : | |
| Plaintiff, : | |
| : | CASE NO.: Civil Action No. 1:01-CV-786 |
| v. : | |
| : | |
| JOHN M. ORTENZIO : | |
| : | |
| Defendant. : | |



FILED
HARRISBURG
AUG 0 3 2001
MARY E. D'ANDREA, CLE
Per_____
DEPUTY CLERK

### ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of George J. Krueger, Esquire of the law firm of Blank Rome Comisky & McCauley LLP, as co-counsel for Defendant, John M. Ortenzio.

George J. Krueger, Esquire
Attorney I.D. No. 30501
Blank Rome Comisky & McCauley LLP
One Logan Square
Philadelphia, PA 19103
(215) 569-5500

Dated: August 2, 2001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the within Entry of Appearance was served on this 2nd day of August, 2001 by first class mail upon the following:

Lawrence J. Gebhardt, Esquire
Michael D. Nord, Esquire
Gebhardt & Smith LLP
The World Trade Center, 9th Floor
Baltimore, MD 21202
Attorneys for Plaintiff

_____
Robert A. Burke, Esquire