**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLFIRST BANK | : |
| Plaintiff, | : |
| v. | : CASE NO.: Civil Action No. 1:01-CV-786 |
| JOHN M. ORTENZIO | : |
| Defendant. | : |



FILED
HARRISBURG
AUG 0 3 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### DEMAND FOR TRIAL BY JURY

Defendant, John M. Ortenzio, by and through his attorneys, hereby demands a trial by jury on any and all issues so triable of right by a jury.

_____
George J. Krueger, Esquire
Attorney I.D. No. 30501
Blank Rome Comisky & McCauley LLP
One Logan Square
Philadelphia, PA 19103
(215) 569-5500

Dated: August 2, 2001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the within Demand for Trial by Jury was served on this 2nd day of August, 2001 by first class mail upon the following:

Lawrence J. Gebhardt, Esquire
Michael D. Nord, Esquire
Gebhardt & Smith LLP
The World Trade Center, 9th Floor
Baltimore, MD 21202
Attorneys for Plaintiff

_____
Robert A. Burke, Esquire