IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK | : | |
| Plaintiff, | : | CASE NO. 1:01-CV-786 |
| | : | Judge Rambo |
| v. | : | |
| | : | |
| JOHN M. ORTENZIO | : | |
| | : | |
| Defendant. | : | |

**ORIGINAL**

**FILED HARRISBURG**
AUG 13 2001
MARY E. D'ANDREA, CLERK
Per ___
DEPUTY CLERK

## MOTION FOR ADMISSION PRO HAC VICE

Defendant, John M. Ortenzio, by his undersigned counsel, moves for the admission *pro hac vice* pursuant to Local Rule 83.9.3 of Edward I. Swichar and Robert A. Burke for purposes of participating in the above-referenced case and all maters pertaining thereto. The grounds for this motion are as follows:

1.  Edward I. Swichar is admitted to practice law in the following jurisdictions: The United States Supreme Court, The United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania, the State Court of Pennsylvania and the District of Columbia.

2.  Robert A. Burke, is admitted to practice law in the following jurisdictions: United States Court of Appeals for the Third Circuit, United States District Court for the Eastern District of Pennsylvania, United States District Court for the District of New Jersey and the Pennsylvania and New Jersey State Courts.

113449.00601/20700210v1

3. Edward I. Swichar and Robert A. Burke are in good standing in every jurisdiction where they have been admitted to practice and are not subject to any pending disciplinary proceeding in any jurisdiction.

_____
George J. Krueger, Esquire
Attorney I.D. No. 30501
Blank Rome Comisky & McCauley LLP
One Logan Square
Philadelphia, PA 19103
(215) 569-5500

*Attorneys for Defendant*
*John M. Ortenzio*

Dated: August 9, 2001

 

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK | : | |
| | : | |
| Plaintiff, | : | CASE NO. 1:01-CV-786 |
| | : | |
| v. | : | |
| | : | |
| JOHN M. ORTENZIO | : | |
| | : | |
| Defendant. | : | |

### AFFIDAVIT OF EDWARD I. SWICHAR

Edward I. Swichar deposes and states as follows:

1.  I am admitted to practice law in the following jurisdictions: The United States Supreme Court, The United States Court of Appeals for Third Circuit, the United States District Court for the Eastern District of Pennsylvania, the State Court of Pennsylvania and the District of Columbia.

2.  I am in good standing in every jurisdiction where I have been admitted to practice and am not subject to any pending disciplinary proceeding in any jurisdiction.

_____
Edward I. Swichar

Sworn to and Subscribed
Before me this 9th day
Of August, 2001.

_____
Notary Public

```
NOTARIAL SEAL
CHERYL E. ROGERS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires Dec. 18, 2004
```

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK | : | |
| | : | |
| Plaintiff, | : | CASE NO. 1:01-CV-786 |
| | : | |
| v. | : | |
| | : | |
| JOHN M. ORTENZIO | : | |
| | : | |
| Defendant. | : | |

### AFFIDAVIT OF ROBERT A. BURKE

Robert A. Burke deposes and states as follows:

1. I am admitted to practice law in the following jurisdictions: United States Court of Appeals for the Third Circuit, United States District Court for the Eastern District of Pennsylvania, United States District Court for the District of New Jersey and the Pennsylvania and New Jersey State Courts.

2. I am in good standing in every jurisdiction where I have been admitted to practice and am not subject to any pending disciplinary proceeding in any jurisdiction.

Robert A. Burke

Sworn to and Subscribed
Before me this 9th day
Of August, 2001.

Notary Public

NOTARIAL SEAL
CHERYL E. ROGERS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires Dec. 18, 2004

113449.00601/20700183v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the within Motion for Admission *Pro Hac Vice,* Affidavit of Edward I. Swichar, Affidavit of Robert A. Burke and proposed form of Order was served on this 10th day of August, 2001 by first class mail upon the following:

>Lawrence J. Gebhardt, Esquire
>Gebhardt & Smith LLP
>The World Trade Center, 9th Floor
>Baltimore, MD 21202
>*Attorneys for Plaintiff*

_____
Robert A. Burke, Esquire