IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK | : | |
| Plaintiff, | : | CASE NO. 1:01-CV-786 |
| v. | : | |
| JOHN M. ORTENZIO | : | |
| Defendant. | : | |

FILED
HARRISBURG, PA

AUG 1 4 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

### ORDER GRANTING ADMISSION PRO HAC VICE

Upon the motion of Defendant John M. Ortenzio for admission of Edward I. Swichar and Robert A. Burke *pro hac vice* for participation in the above-referenced case and matters pertaining thereto and it appearing that the requirements of Local Rule 83.9.3 have been satisfied, it is hereby ORDERED by the United States District Court for the Middle District of Pennsylvania that Edward I. Swichar and Robert A. Burke are admitted *pro hac vice* and may participate in the above-referenced case and matters pertaining thereto.

_____
United States District Judge

Date: Aug. 14, 2001

113449.00601/20700224v1

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 15, 2001

Re: 1:01-cv-00786    Allfirst Bank v. Ortenzio

True and correct copies of the attached were mailed by the clerk to the following:

    Lawrence J. Gebhardt, Esq.
    Michael D. Nord, Esq.
    Ramsay M. Whitworth, Esq.
    Gebhardt & Smith LLP
    The World Trade Center - 9th fl.
    401 E. Pratt Street
    Baltimore, MD  21201

    Edward I. Swichar, Esq.
    Robert A. Burke, Esq.
    George J. Krueger, Esq.
    Blank, Rome, Comisky & McCauley, LLP
    One Logan Square
    Philadelphia, PA  19103

    James G. Wiles -, Esq.
    795 River Road
    Yardley, PA  19067

```
cc:                            (X)        ( ) Pro Se Law Clerk
Judge                          ( )        ( ) INS
Magistrate Judge               ( )        ( ) Jury Clerk
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )   with N/C attached to complt. and served by:
Summons Issued                 ( )   U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5            ( )
```

```
Order to Show Cause        ( )  with Petition attached & mailed certified mail
                                to:  US Atty Gen    ( )   PA Atty Gen  ( )
                                     DA of County   ( )   Respondents  ( )
Bankruptcy Court           ( )
Other_____ ( )
                                                    MARY E. D'ANDREA, Clerk


DATE: August 14th, 2001                      BY: _____
                                                         Deputy Clerk
```