## LAW OFFICES
## GEBHARDT & SMITH LLP
NINTH FLOOR
THE WORLD TRADE CENTER
BALTIMORE, MARYLAND 21202-3064

BALTIMORE: (410) 752-5830
WASHINGTON: (301) 470-7468

FACSIMILE
(410) 385-5119

WRITER'S DIRECT DIAL NUMBER:

(410)385-5100
E-Mail Address:
   lgebh@gebsmith.com

October 11, 2001

Judge Sylvia Rambo
United States District Court for
   The Middle District of Pennsylvania
P.O. Box 983, Federal Building
Harrisburg, PA 17108

**FILED**
HARRISBURG, PA

OCT 12 2001

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

RE:   *Allfirst Bank v. Ortenzio*
      Case No.: 1:01 -CV - 0786 (Judge Rambo)
      Our File No.: 19527

Dear Judge Rambo:

As of this date, the Plaintiff and the Defendant have filed a Joint Case Management Plan and are ready to participate in a telephonic scheduling conference with the Court. The earlier telephonic scheduling conference was postponed due to a confusion over counsel for the Defendant, which has now been resolved.

Very truly yours,

Lawrence J. Gebhardt

LJG/cjl
cc:   Robert A. Burke, Esquire
      Jamin A. Gibson