IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE**

**Allfirst Bank**

vs.  CASE NUMBER: 1:01-CV-786

**John M. Ortenzio**

**FILED**
HARRISBURG, PA

TYPE OF CASE: Civil

OCT 19 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

TAKE NOTICE that two proceeding in this case has been **rescheduled for the place, date and time set forth below:**

Place:  U.S. District Court
        Courtroom #3
        228 Walnut Street
        8th Floor, Federal Building
        Harrisburg, PA

**Proceedings: *Case Management Conference**   October 30th, 2001 @ 9:00 AM

*Conference is by phone and the call is to be initiated by the plaintiff.

Date: July 10, 2001

By: Mark J. Armbruster, Deputy Clerk

CC:  Judge Sylvia H. Rambo
     Lawrence J. Gebhardt, Michael D. Nord, Ramsay M. Whitworth
     Edward I. Swichar, Robert A. Burke, George J. Krueger
     James G. Wiles