IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Allfirst Bank**                                  CASE NO. 1:01-CV-786

vs.

**John M. Ortenzio**                               DATE: 10-30-01 @ 9:15

Judge Sylvia H. Rambo presiding in Chambers

Proceeding: Case Management Conference

Time Commenced: 9:15                  Time Terminated: 9:25

APPEARANCES

Plaintiff's Counsel: Gebhardt

Defendant's Counsel: Swichar

FILED
HARRISBURG, PA
OCT 30 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

REMARKS:  Amend + joine      12/17
          P's expert          1/4
          D's expert          2/15          Trial bar
          Supplement          2/18          June
          Discovery           3/4
          Disp                3/15