IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Allfirst Bank**                           **WITHDRAWAL OF APPEARANCE**

vs.                                         CASE NUMBER: 1:01-CV-786

**John M. Ortenzio**

TYPE OF CASE: Civil

FILED
HARRISBURG, PA

NOV 07 2001

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

TO THE CLERK OF THE COURT:

Kindly withdraw my appearance as one of the attorneys for the defendant.

DATED: November 1, 2001

_____
JAMES G. WILES
ATTY. NO. 40496

Withdrawal Approved   _____   Dated: November 7,
                      U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:01-cv-00786    Allfirst Bank v. Ortenzio

True and correct copies of the attached were mailed by the clerk to the following:

Lawrence J. Gebhardt, Esq.
Michael D. Nord, Esq.
Ramsay M. Whitworth, Esq.
Gebhardt & Smith LLP
The World Trade Center - 9th fl.
401 E. Pratt Street
Baltimore, MD  21201

James G. Wiles -, Esq.
795 River Road
Yardley, PA  19067

George J. Krueger, Esq.
Edward I. Swichar, Esq.
Robert A. Burke, Esq.
Blank Rome & Comisky
One Logan Square
Philadelphia, PA  19103  Fax No.: 215-569-5555

cc:
Judge                    (X )          ( ) Pro Se Law Clerk
Magistrate Judge         ( )           ( ) INS
U.S. Marshal             ( )           ( ) Jury Clerk
Probation                ( )
U.S. Attorney            ( )
Atty. for Deft.          ( )
Defendant                ( )
Warden                   ( )
Bureau of Prisons        ( )
Ct Reporter              ( )
Ctroom Deputy            ( )
Orig-Security            ( )
Bankruptcy Court         ( )
Other_____    ( )

                                       MARY E. D'ANDREA, Clerk

DATE: November 7th, 2001               BY: _____
                                           Deputy Clerk