IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
JAN 1 0 2002

| | | |
|---|---|---|
| ALLFIRST BANK | * | |
| Plaintiff, | * | |
| v. | * | CASE NO.: 1:01-CV-786 (Honorable Sylvia H. Rambo) |
| JOHN M. ORTENZIO | * | |
| Defendant. | * | |

*****************************************************************

### ALLFIRST'S RESPONSE TO DEFENDANT'S MOTION FOR CONTINUANCE

Plaintiff, Allfirst Bank, by its undersigned counsel, hereby consents to a thirty-day continuance from this Court's June 2002 trial list.

WHEREFORE, Allfirst respectfully requests that Defendant's Motion for Continuance be granted and that the Court place this case on the July 2002 trial list.

Lawrence J. Gebhardt, *Pro Hav Vice*
Ramsay M. Whitworth,
Pennsylvania Bar # 85208
GEBHARDT & SMITH LLP
The World Trade Center, 9th Floor
401 E. Pratt Street
Baltimore, MD 21202
(410) 752-5100
*Attorneys for Allfirst Bank*