IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK, | : | CIVIL ACTION NO. 1:01-CV-786 |
| | : | (Honorable Sylvia H. Rambo) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN M. ORTENZIO, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this *14* day of *January*, 2002, upon consideration of Defendant's Motion for Continuance, it is hereby ORDERED and DECREED that said motion is GRANTED. It is further ORDERED and DECREED that this case shall be placed on the July 2002 trial list.

BY THE COURT:

_____ J.

113449.00601/20975229v1

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:01-cv-00786   Allfirst Bank v. Ortenzio

True and correct copies of the attached were mailed by the clerk to the following:

Lawrence J. Gebhardt, Esq.
Michael D. Nord, Esq.
Ramsay M. Whitworth, Esq.
Gebhardt & Smith LLP
The World Trade Center - 9th fl.
401 E. Pratt Street
Baltimore, MD  21201

George J. Krueger, Esq.
Edward I. Swichar, Esq.
Robert A. Burke, Esq.
Blank Rome & Comisky
One Logan Square
Philadelphia, PA  19103 Fax No.: 215-569-5555

```
cc:
Judge                        (X )          ( ) Pro Se Law Clerk
Magistrate Judge             ( )           ( ) INS
U.S. Marshal                 ( )           (X ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  (X )
Ctroom Deputy                ( )
Orig-Security                ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: January 14th, 2002                                BY: _____
                                                        Deputy Clerk