IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLFIRST BANK,** | : | CIVIL ACTION NO. 1:CV-01-0786 |
| Plaintiff | : | |
| v. | : | |
| **JOHN M. ORTENZIO,** | : | FILED<br>HARRISBURG, PA |
| Defendant | : | FEB 5 2002 |
| | | MARY E. D'ANDREA, CLERK<br>Per _____ |

### O R D E R

On February 5, 2002, the court held a telephone conference to resolve certain discovery disputes. In accordance with that discussion, **IT IS HEREBY ORDERED THAT:**

(1) Defendant's request for documents setting forth Plaintiff's general credit policy is **GRANTED IN PART**. Plaintiff shall produce that portion of its general credit policy regarding making loans to the type of business that CCI, Inc. ("CCI") represents. Additionally, Plaintiff shall produce any documents, if they exist, that specifically prevented CCI from paying Defendant's personally-guaranteed loan with funds from CCI's line of credit.

(2) Defendant's request for documents setting forth Dauphin Deposit Bank's general credit policy is **DENIED**.

(3) Defendant's request for documents setting forth Plaintiff's and Dauphin Deposit Bank's risk rating systems is **GRANTED IN PART** and **DENIED IN PART**, as follows:

    (A) Plaintiff shall produce a written summation of the criteria it uses for assigning loans a particular risk rating;

(B) Plaintiff is not required to produce any risk rating explanation on behalf of Dauphin Deposit Bank.

(4) Defendant's request for documents setting forth Mr. Swartz's loan authority is **DENIED**. Defendant will be able to obtain this information from Mr. Swartz at his deposition.

(5) Defendant's request for Plaintiff's Commercial Loan System computer records is **DENIED AS MOOT**.

(6) Defendant's request for documents detailing Plaintiff's policy as to stopping payment on checks is **DENIED**. This information may be obtained from Mr. Elias at his deposition.

(7) Defendant's catch-all request for all other documents in Plaintiff's possession relating to the CCI loan is **DENIED AS MOOT**.

SYLVIA H. RAMBO
United States District Judge

Dated: February 5, 2002.