Cfoclj MA

(31)
2-6-02
SC

<u>Allfirst v. Ortenzio</u>                                TIME: 9:30 a.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**MINUTES OF CONFERENCE**

CASE No. <u>**1:CV-01-0786**</u>

DATE <u>February 5, 2002</u>

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference <u>Discovery Conference     10:15</u>

Time Commenced <u>    9:30    </u>   Time Terminated _____

| **PLAINTIFF:** | **APPEARANCES** | **DEFENDANT:** |
|---|---|---|
| Gebhardt | Burke | |
| Whitworth | | |

**REMARKS**

Discussion re items listed in Burke's letter of 1/23/02 1 - 6 of letter. Defendants also requested documents not in Gibson's personal control but pertinent to discovery request in possession of others. See order dated 2/5/02.

FILED
FEB 5 2002
PER _____
HARRISBURG, PA.    DEPUTY CLERK