cc: Court, KFK

(32)
2-13-0
MA

Allfirst v. Ortenzio                                                TIME: 1:00 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### MINUTES OF CONFERENCE

CASE No. **1:CV-01-0786**

DATE    February 11, 2002

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference   Deposition of Defendant

Time Commenced    1:00 p.m.        Time Terminated    1:10 p.m.

| **PLAINTIFF:** | **APPEARANCES** | **DEFENDANT:** |
|---|---|---|
| Attorney Gebhardt | Attorney Burke | |

FILED
FEB 11 2002
PER ___
HARRISBURG, PA  DEPUTY CLERK

### REMARKS

Plaintiff noticed Defendant's deposition to take place at a conference room in Allfirst Offices. Late Friday defense counsel faxed Plaintiff's counsel a letter explaining that Defendant was uncomfortable going to Allfirst Offices and had arranged for the deposition to take place in a law office near the bank. Defendant was admonished regarding the late change but Plaintiff was requested to move to the law office as a favor to the court.