<u>Allfirst v. Ortenzio</u>　　　　　　　　　　　　　　　　TIME: 9:00 a.m.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**MINUTES OF CONFERENCE**

CASE No. **1:CV-01-0786**

DATE　　March 4, 2002

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference　<u>Discovery Dispute</u>

Time Commenced　9:00　　　　Time Terminated　9:15

| PLAINTIFF: | APPEARANCES | DEFENDANT: |
|---|---|---|
| Gebhart | | Burke |
| Whitworth | | Hartman for Phillips-deponent |

**REMARKS**

Discussion re taking of deposition of Sherry Phillips, former CFO of Allfirst. Defer deposition scheduled for 3/4 until on or before 3/14 to depose Phillips - no other deadlines affected.

[Stamp: FILED MAR 04 2002 PER MA HARRISBURG, PA DEPUTY CLERK]

[Handwritten: 33, 3-4-02, MA]