

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLFIRST BANK,** | : CIVIL ACTION NO. 1:CV-01-0786 |
| Plaintiff | : |
| v. | : |
| **JOHN M. ORTENZIO,** | : |
| Defendant | : |



### ORDER

On March 4, 2002, the court held a telephone conference to resolve a dispute between the parties concerning the deposition of Sherry Phillips. In accordance with that discussion, **IT IS HEREBY ORDERED THAT** the subpoenaed motion for deposition of Sherry Phillips, which was to take place on March 4, 2002, is **DEFERRED**. The deposition shall take place on, or before, March 14, 2002. The discovery deadline is extended to that date only for the limited purpose of Ms. Phillips's deposition. All other discovery deadlines remain in effect.

SYLVIA H. RAMBO
United States District Judge

Dated: March 4, 2002.