35
3-4-02
mA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Kirby v. The Waynesboro Hospital and Summit Health** : | Civil No. 1:CV-01-0483 |
| **Plowman v. Ross Laboratories** : | Civil No. 1:CV-01-0502 |
| **Keller**, *et al.* **v. Scott Township**, *et al.* : | Civil No. 4:CV-01-0681 |
| **Allfirst Bank v. Ortenzio** : | Civil No. 1:CV-01-0786 |

## O R D E R

**IT IS HEREBY ORDERED THAT** the deadlines for pretrial conferences and jury selections in the captioned cases are moved as follows:

1) The pretrial conferences are moved from May 30 and 31, 2002, to May 22, 2002, at the following times:

| | |
|---|---|
| Civil No. 1:CV-01-0483 | **9:00 a.m.** |
| Civil No. 1:CV-01-0502 | **10:00 a.m.** |
| Civil No. 1:CV-01-0681 | **11:00 a.m.** |
| Civil No. 1:CV-01-0786 | **1:30 p.m.** |

2) Pretrial memoranda shall be filed no later than **noon** on **May 17, 2002**, in conformity with the local rules.



FILED
MAR 0 4 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

3) Jury selections for cases on the June 2002 list are rescheduled from Monday, June 3, 2002, to **9:30 a.m. on Tuesday, June 4, 2002**, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

4) All other deadlines remain unchanged.

SYLVIA H. RAMBO
United States District Judge

Dated: March 4, 2002.