**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLFIRST BANK, : | CIVIL ACTION NO. 1:01-CV-786 |
| : | (Honorable Sylvia H. Rambo) |
| Plaintiff, : | |
| : | **FILED** |
| v. : | **HARRISBURG** |
| : | |
| JOHN M. ORTENZIO, : | MAR 0 4 2002 |
| : | MARY E. D'ANDREA, CLERK |
| Defendant. : | Per_____ |
| | DEPUTY CLERK |

**JOINT MOTION FOR CONTINUANCE**

The parties, though their undersigned attorneys, hereby move for a ten day extension of the time in which depositions of the parties' respective experts may be taken up to and including March 14, 2002 and in support thereof, state as follows:

1.  Pursuant to the Case Management Order entered on October 30, 2001, discovery was to be completed by March 4, 2002

2.  The parties have had difficulty scheduling dates for their respective experts' depositions prior to March 4, 2002. Accordingly, the parties respectfully request an extension of the March 4, 2002 discovery cut-off date solely for the purpose of taking the depositions of the parties' experts. The parties respectfully request that time in which to take the experts' depositions be extended up to and including March 14, 2002. All other dates in the Case Management Order shall remain unchanged.

3.  Neither party will be prejudiced by the granting of this continuance.

113449.00601/20998391v1

WHEREFORE, the parties respectfully request this Honorable Court enter an Order granting this Motion.

Respectfully submitted,

| GEBHARDT & SMITH LLP | BLANK ROME COMISKY & McCAULEY LLP |
|---|---|
| BY: /s/ Lawrence J. Gebhardt<br>Lawrence J. Gebhardt<br>The World Trade Center, 9th Floor<br>Baltimore, MD 21202<br>(410) 385-5100<br><br>Attorneys for Plaintiff<br>Allfirst Bank | BY: _____<br>Edward I. Swichar<br>Robert A. Burke<br>One Logan Square<br>Philadelphia, PA 19103<br>(215) 569-5500<br><br>Attorneys for Defendant<br>John M. Ortenzio |

Dated: February 28, 2002

2

113449.00601/20998391v1

WHEREFORE, the parties respectfully request this Honorable Court enter an Order granting this Motion.

Respectfully submitted,

GEBHARDT & SMITH LLP

BY:_____
    Lawrence J. Gebhardt
    The World Trade Center, 9th Floor
    Baltimore, MD  21202
    (410) 385-5100

    Attorneys for Plaintiff
    Allfirst Bank

BLANK ROME COMISKY & McCAULEY LLP

BY:_____
    Edward I. Swichar
    Robert A. Burke
    One Logan Square
    Philadelphia, PA  19103
    (215) 569-5500

    Attorneys for Defendant
    John M. Ortenzio

Dated:  March 1, 2002

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Joint Motion for Continuance was served this 1st day of March, 2002, by telecopy and regular mail, upon the following:

Lawrence J. Gebhardt, Esquire
Gebhardt & Smith LLP
The World Trade Center, 9th Floor
Baltimore, MD, 21202
*Attorneys for Plaintiff*

_____
ROBERT A. BURKE

113449.00601/20998391v1