

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLFIRST BANK,** | **CIVIL ACTION NO. 1:CV-01-0786** |
| **Plaintiff** | |
| v. | |
| **JOHN M. ORTENZIO,** | |
| **Defendant** | |

FILED

MAR 0 5 2002

PER_____

HARRISBURG, PA  DEPUTY CLERK

## O R D E R

**IT IS HEREBY ORDERED THAT** the parties' joint motion for continuance of the discovery deadline is **GRANTED**. Accordingly, the court's order of March 4, 2002 is amended as follows. The discovery deadline is extended to March 14, 2002 for the purpose of Sherry Phillips's deposition and depositions of the parties' experts only. All other discovery deadlines remain unchanged.

SYLVIA H. RAMBO
United States District Judge

Dated: March _5_ , 2002.