③ 
3-14-02
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLFIRST BANK, | CIVIL ACTION NO. 1:CV-01-0786 |
| Plaintiff | |
| v. | |
| JOHN M. ORTENZIO, | |
| Defendant | |



FILED
MAR 1 4 2002
PER  MA
HARRISBURG, PA  DEPUTY CLERK

### ORDER

On March 14, 2002, the court received a faxed letter from Defendant's counsel. In that letter, counsel requests yet another discovery telephone conference. It appears that there is a dispute concerning the breadth of paragraph (1) of the court's February 5, 2002 order. In order to simplify this process, the court will clarify its ruling. Accordingly, **IT IS HEREBY ORDERED THAT** Plaintiff shall produce to Defendant any, and all, manuals or other documents containing policies and procedures relating to the type of loan issued to CCI, Inc., including: (1) any documents containing information regarding the issuing of multiple loans to the same entity; (2) any documents regarding the treatment of personal guarantees; and (3) any documents regarding the bank's freezing of accounts.

SYLVIA H. RAMBO
United States District Judge

Dated: March 14, 2002.