IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK | * | |
| Plaintiff, | * | |
| v. | * | CASE NO.: 1:01-CV-786 |
| JOHN M. ORTENZIO | * | |
| Defendant. | * | |

*************************************************************

## REQUEST FOR HEARING

Plaintiff, Allfirst Bank, by its undersigned counsel, hereby requests that the Court hold a hearing on its Motion to Strike Jury Demand.

_____
Lawrence J. Gebhardt, *Pro Hac Vice*
Ramsay M. Whitworth, PA Bar # 85208
GEBHARDT & SMITH LLP
The World Trade Center, 9th Floor
401 E. Pratt Street
Baltimore, MD 21202
(410) 752-5100
*Attorneys for Allfirst Bank*

S:\LJG\19527\plead\REQ.HEARING.wpd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2002 a copy of *Request for Hearing* was sent by Federal Express to: Edward I. Swichar, Esquire and Robert A. Burke, Esquire, BLANK ROME COMISKY & MCCAULEY LLP, One Logan Square, Philadelphia, PA 19103, *Attorneys for Defendant*.

_____
Lawrence J. Gebhardt