ORIGINAL

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK | : | |
| Plaintiff, | : | CASE NO. 1:01-CV-786 |
| v. | : | |
| JOHN M. ORTENZIO | : | |
| Defendant. | : | |

FILED
HARRISBURG
APR 1 5 2002
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

## STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE JURY DEMAND

The parties in this action, by and between their undersigned counsel, hereby stipulate to an extension of 10 days for defendant to respond to plaintiff's motion to strike jury demand, i.e., through April 29, 2002.

_____
Lawrence Gebhardt, Esquire
Gebhardt & Smith, LLP
The World Trade Center, Ninth Floor
Baltimore, MD   21020-3064

Attorneys for Plaintiff
Allfirst Bank

Dated: 4/9/02

_____
Edward I. Swichar, Esquire
Blank Rome Comisky & McCauley LLP
One Logan Square
Philadelphia, PA   19103
(215) 569-5500
Attorneys for Defendant
John M. Ortenzio

APPROVED BY THE COURT:

_____

Dated: _____

113449.00601/21011237v1