49
4-22-02
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLFIRST BANK,** | CIVIL ACTION NO. 1:CV-01-0786 |
| Plaintiff | |
| v. | |
| **JOHN M. ORTENZIO,** | |
| Defendant | |

FILED
APR 2 2 2002
PER _____
HARRISBURG, PA.    DEPUTY CLERK

**ORDER**

Before the court are two motions filed by Plaintiff – a motion for leave to introduce rebuttal expert testimony during its case in chief and a motion to reset the case to the June 2002 trial list. As to the latter motion, the June schedule was adjusted when the trial of this case was moved to July. That schedule cannot now be altered. The trial list for the months of September on are already at capacity. Plaintiff will be permitted to depose via videotape its witness who will be unable to attend the July trial.

**IT IS THEREFORE ORDERED THAT:**

1) The motion for leave to introduce rebuttal expert testimony during its case in chief is denied.

2) The motion to reschedule the trial is denied.

3) Plaintiff is permitted to depose via videotape its witness who is unable to attend the July trial.

SYLVIA H. RAMBO
United States District Judge

Dated: April **22**, 2002.