

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLFIRST BANK, | CIVIL ACTION NO. 1:CV-01-0786 |
| Plaintiff | |
| v. | FILED<br>HARRISBURG, PA |
| JOHN M. ORTENZIO, | APR 23 2002 |
| Defendant | MARY E. D'ANDREA, CLERK<br>Per_____ |

## O R D E R

By order dated January 14, 2002, this case was placed on the July 2002 trial list. **IT IS HEREBY ORDERED THAT**:

1) The pretrial conference remains scheduled for May 22, 2002 at 1:30 p.m. in the chambers of Courtroom No. 3.

2) Pretrial memoranda shall be filed in conformity with the local rules no later than noon on Wednesday, May 15, 2002.

3) Jury selection for cases on the July list will begin at 9:30 a.m. on Monday, July 1, 2002, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

4) All other deadlines set by previous orders remain unchanged.

SYLVIA H. RAMBO
United States District Judge

Dated: April **23**, 2002.