IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
MAY 01 2002
MARY E. D'ANDREA, CLERK
Per _____ /Deputy Clerk

| | |
|---|---|
| ALLFIRST BANK, | : |
| Plaintiff, | : |
| v. | : CASE NO. 1:01-CV-786 |
| JOHN M. ORTENZIO, | : |
| Defendant. | : |

## MOTION FOR SUMMARY JUDGMENT OF
## DEFENDANT, JOHN M. ORTENZIO

Defendant, John M. Ortenzio, pursuant to Fed. R. Civ. P. 56, files this Motion for Summary Judgment on Counts I, II and III of Plaintiff's Complaint. In support of this Motion, Defendant, John M. Ortenzio, relies upon the Memorandum of Law filed herewith and all Exhibits attached thereto.

BLANK ROME COMISKY & McCAULEY LLP

Dated: 4/29/02

BY: _____
EDWARD I. SWICHAR, ESQUIRE
One Logan Square
Philadelphia, PA 19103
(215) 569-5500
*Attorneys for Defendant, John M. Ortenzio*

## CERTIFICATE OF SERVICE

Edward I. Swichar, attorney for Defendant, John Ortenzio, hereby certifies that he caused a true and correct copy of Defendant's Motion for Summary Judgment to be served upon the following on this 29th day of April, 2002, by first-class mail, postage prepaid:

Lawrence Gebhardt, Esquire
Gebhardt & Smith, LLP
The World Trade Center, Ninth Floor
Baltimore, MD 21020-3064

EDWARD I. SWICHAR