55
5-8-02
*MA*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ALLFIRST BANK,**         :   CIVIL ACTION NO. 1:CV-01-0786
      **Plaintiff**   :
      v.              :
**JOHN M. ORTENZIO,**      :
      **Defendant**   :



FILED
MAY - 8 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

<u>ORDER</u>

    **IT IS HEREBY ORDERED THAT** Plaintiff's motion to strike the jury demand is **DEEMED MOOT**.

                                                  /s/ Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: May 8, 2002.