ORIGINAL

*2 t, cv*

(56)

5/8/0

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ALLFIRST BANK | |
| Plaintiff, | CASE NO. 1:01-CV-786 |
| | *J. Rambo* |
| v. | |
| JOHN M. ORTENZIO | **FILED**<br>HARRISBURG PA |
| Defendant. | MAY 0 7 2002 |
| | MARY E. D'ANDREA CLER<br>Per _____<br>Deputy Clerk |

## DEFENDANT'S WITHDRAWAL OF JURY DEMAND

TO THE CLERK OF COURT:

Kindly note Defendant's Withdrawal of Jury Demand in the above-captioned case.

Respectfully submitted,

EDWARD I. SWICHAR, Esquire
Attorney I.D. No.15175

BLANK ROME COMISKY & McCAULEY LLP
One Logan Square
Philadelphia, PA   19103
(215) 569-5500

Attorneys for John Ortenzio

Dated: 5/6/02

## CERTIFICATE OF SERVICE

Edward I. Swichar, attorney for Defendant, John Ortenzio, hereby certifies that he

caused a true and correct copy of Defendant's Withdrawal of Jury Demand to be served

upon the following on this 6th day of May, 2002, by Federal Express, postage prepaid:

Lawrence Gebhardt, Esquire
Gebhardt & Smith, LLP
The World Trade Center, Ninth Floor
Baltimore, MD   21020-3064

EDWARD I. SWICHAR

Dated: _5/6/02_

113449.00601/21022219v1