

ORIGINAL → to CV

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK | * | |
| Plaintiff, | * | |
| v. | * | CASE NO.:   1:01-CV-786 |
| JOHN M. ORTENZIO | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CONSENT TO WITHDRAW OF JURY DEMAND

Plaintiff, Allfirst Bank, by its undersigned attorneys, hereby consents pursuant to *Federal Rule of Civil Procedure* 38(d) to the withdrawal of the jury demand of Defendant, John M. Ortenzio.

Lawrence J. Gebhardt
Ramsay M. Whitworth
GEBHARDT & SMITH, LLP
401 East Pratt Street
Baltimore, Maryland 21202
(410) 752-5830

*Counsel for Plaintiff, Allfirst Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2002, a copy of Plaintiff's Consent to Withdraw of Jury Demand was sent by Federal Express to: Edward I. Swichar, Esquire and Robert A. Burke, Esquire, BLANK ROME COMISKY & MCCAULEY LLP, One Logan Square, Philadelphia, PA 19103, *Attorneys for Defendant.*

_____
Lawrence J. Gebhardt