Allfirst v. Ortiz                                                     TIME 1:30 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### MINUTES OF CONFERENCE

CASE No. __1:CV-01-0786__

DATE __May 22, 2002__

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference __Pretrial Conference__

Time Commenced __1:30__        Time Terminated __2:40__

**PLAINTIFF:**         **APPEARANCES**         **DEFENDANT:**

Lawrence J. Gebhardt                           Edward Sweeney

Ramsey Whitworth

### REMARKS

Trial - July 29, 30, 31 date certain
Motions for summary judgment will
receive priority - try to get done by
first week in July.
Can not settle
Non jury

FILED
MAY 22 2002
PER ___
HARRISBURG, PA  DEPUTY CLERK