IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLFIRST BANK,** | : CIVIL ACTION NO. 1:CV-01-0786 |
| Plaintiff | : |
| v. | : |
| **JOHN M. ORTENZIO,** | : |
| Defendant | : |
| | **O R D E R** |



Pursuant to discussions at the pretrial conference this date, **IT IS HEREBY ORDERED THAT** the nonjury trial in the captioned action will commence at 9:30 a.m. on Monday, July 29, 2002 and shall conclude no later than 4:30 p.m. on Wednesday, July 31, 2002.

SYLVIA H. RAMBO
United States District Judge

Dated: May 22, 2002.