IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ALLFIRST BANK,**

    Plaintiff

v.

**JOHN M. ORTENZIO,**

    Defendant

CIVIL ACTION NO. 1:CV-01-0786



## ORDER

Before the court is Defendant's motion to file a supplemental brief. Defendant, in his reply brief, had every opportunity to meet any of Plaintiff's arguments raised in its responsive brief.

In the absence of any explanation as to why this supplemental argument could not have been raised in the reply brief, **IT IS HEREBY ORDERED THAT** Defendant's request to file a supplemental brief is **DENIED**.

                                                           SYLVIA H. RAMBO
                                                          United States District Judge

Dated: June 25, 2002.