IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ALLFIRST BANK,**   :   CIVIL ACTION NO. 1:CV-01-0786

    **Plaintiff**   :

v.   :

**JOHN M. ORTENZIO,**   :

    **Defendant**   :



**O R D E R**

Currently pending before the court are the parties' cross motions for reconsideration of the court's order of June 6, 2002. After having reviewed the briefs, the court is confident that it made the correct ruling in its original order. Therefore, **IT IS HEREBY ORDERED THAT**:

    (1) Plaintiff's motion for partial reconsideration of the court's June 6, 2002 order is **DENIED**;

    (2) Defendant's motion for partial reconsideration of the court's June 6, 2002 order is **DENIED**.

SYLVIA H. RAMBO
United States District Judge

Dated: June 28, 2002.