IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ALLFIRST BANK,** : CIVIL ACTION NO. 1:CV-01-0786

    Plaintiff :

v. :

**JOHN M. ORTENZIO,** :

    Defendant :



**O R D E R**

    In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT**:

    (1) Defendant's motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART**, as follows:

        (A) The motion is **GRANTED** as to Counts I and II of Plaintiff's complaint;

        (B) The motion is **DENIED** as to Count III of Plaintiff's complaint.

    (2) Plaintiff's motion for summary judgment is **DENIED**;

                                SYLVIA H. RAMBO
                                United States District Judge

Dated: July 16, 2002.