IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLFIRST BANK,** | CIVIL ACTION NO. 1:CV-01-0786 |
| Plaintiff | |
| v. | |
| **JOHN M. ORTENZIO,** | |
| Defendant | |



## O R D E R

**IT IS HEREBY ORDERED THAT** Plaintiff's motion for order pursuant to Federal Rule of Civil Procedure 56(d) is **DENIED**. However, the court will accept any joint submission of stipulated facts that the parties offer. In accordance with the court's order, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for expedited consideration of its motion for order pursuatn to Fed. R. Civ. Pro. 56(d) is **DEEMED MOOT**.

SYLVIA H. RAMBO
United States District Judge

Dated: July /9 , 2002.