cc: court, kfk, mja

96
7-31-02

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Allfirst Bank**

V.

**John M. Ortenzio**

CASE NO. 1:01-CV-0786

DATE: July 29, 2002

Judge Sylvia H. Rambo presiding in open court, Courtroom No. 3

Nature of Proceeding: Non-Jury Trial, Day #1

Time Commenced: 9:30 AM

Time Terminated: 4:30 PM

**Plaintiff's Counsel:**

1-Lawrence J. Gebhardt, Esq.

**Defendant's Counsel:**

2-Edward I. Swichar, Esq.
3-Robert Burke, Esq.

| Plaintiff's Witnesses: | Examined By: | | Defendant's Witnesses: | Examined By: | |
|---|---|---|---|---|---|
| | Dir | Cross | | Dir | Cross |
| Craig Schwartz | 1 | 2 | | | |
| John Ortenzio | 1 | 3 | | | |

FILED
JUL 29 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

**Remarks**: Court opens with all counsel and parties present; Judge makes opening remarks; Plaintiffs call witnesses; Lunch; Plaintiff's witnesses continue; court adjourns until 7/30/02 at 9:00 AM with cross of Ortenzio.

Courtroom Deputy:  Mark Armbruster

Court Reporter: Lori Shuey

cc: court, kfk, mja

## WITNESS ACTIVITY LIST
*Allfirst Bank*
*v.*
*John M. Ortenzio*
*1:01-CV-0786*

| Start | End | Time | Code | Dir | Cross | Redir | Re-cross | Atty No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 9:32 AM | 10:51 AM | 1:19 | B | X | | | | 1 | Craig Schwartz |
| 11:01 AM | 12:19 PM | 1:18 | L | | X | | | 2 | Craig Schwartz |
| 1:28 PM | 1:47 PM | :19 | | | X | | | 2 | Craig Schwartz |
| 1:47 PM | 2:02 PM | :15 | | | | X | | 1 | Craig Schwartz |
| 2:02 PM | 2:05 PM | :03 | | | | | X | 2 | Craig Schwartz |
| | | | | | | | | | |
| 2:05 PM | 3:47 PM | 1:32 | B | X | | | | 1 | John Ortenzio |
| 3:47 PM | | | | | X | | | 3 | John Ortenzio |

*Codes: B=Break, L=Lunch, \*=Sidebar*