cc: court, kfk, mja

⟨97⟩
7-31-02
mja

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Allfirst Bank**               CASE NO. 1:01-CV-0786
           V.
**John M. Ortenzio**            DATE: July 30, 2002

Judge Sylvia H. Rambo presiding in open court, Courtroom No. 3

Nature of Proceeding: Non-Jury Trial, Day #2

Time Commenced: 9:30 AM          Time Terminated: 4:01 PM

**Plaintiff's Counsel:**         **Defendant's Counsel:**

1-Lawrence J. Gebhardt, Esq.     2-Edward I. Swichar, Esq.
                                 3-Robert Burke, Esq.

| Plaintiff's Witnesses: | Examined By: | | Defendant's Witnesses: | Examined By: | |
|---|---|---|---|---|---|
| | Dir | Cross | | Dir | Cross |
| John Ortenzio | 1 | 3 | | | |
| Sherry Phillips | 1 | 2 | | | |
| Jamin Gibson | 1 | 3 | | | |



**Remarks**: Court opens with all counsel and parties present; Judge makes opening remarks; Plaintiff's witnesses continue with cross of Ortenzio; Lunch; Objection and decision reserved on plaintiffs' exhibits #20, 29 and 30; Plaintiffs rest; Defendants motion for judgment as a matter of law; Plaintiffs respond. Court denies motion; Court adjourns until 9:00 AM on 7/31/02.

cc: court, kfk, mja

Courtroom Deputy:   Mark Armbruster                                              Court Reporter: Monica Zamiska

## WITNESS ACTIVITY LIST
### Allfirst Bank
### v.
### John M. Ortenzio
### 1:01-CV-0786

| Start | End | Time | Code | Dir | Cross | Redir | Re-cross | Atty No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 9:31 AM | 9:52 AM | :21 | | | X | | | 3 | John Ortenzio |
| 9:52 AM | 10:46 AM | :54 | | | | X | | 1 | John Ortenzio |
| 10:46 AM | 10:55 AM | :09 | B | | | | X | 3 | John Ortenzio |
| | | | | | | | | | |
| 11:05 AM | 12:08 PM | 1:03 | | X | | | | 1 | Sherry Phillips |
| 12:08 PM | 12:28 PM | :20 | L | | X | | | 2 | Sherry Phillips |
| 1:30 PM | 2:20 PM | :50 | | | X | | | 2 | Sherry Phillips |
| 2:20 PM | 2:25 PM | :05 | | | | X | | 1 | Sherry Phillips |
| | | | | | | | | | |
| 2:26 PM | 2:58 PM | | | X | | | | 1 | Jamin Gibson |
| 3:13 PM | 3:41 PM | | | | X | | | 3 | Jamin Gibson |

*Codes: B=Break, L=Lunch, \*=Sidebar*