cc: court, kfk, mja

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Allfirst Bank**                                    CASE NO. 1:01-CV-0786
              V.
**John M. Ortenzio**                                 DATE: July 31, 2002

*FILED JUL 3 1 2002 PER ___ HARRISBURG, PA DEPUTY CLERK*

Judge Sylvia H. Rambo presiding in open court, Courtroom No. 3

Nature of Proceeding: Non-Jury Trial, Day #3

Time Commenced: 9:00 AM                              Time Terminated: 11:56 AM

**Plaintiff's Counsel:**                             **Defendant's Counsel:**

1-Lawrence J. Gebhardt, Esq.                         2-Edward I. Swichar, Esq.
                                                     3-Robert Burke, Esq.

| Plaintiff's Witnesses: | **Examined By:** | | Defendant's Witnesses: | **Examined By:** | |
|---|---|---|---|---|---|
| | Dir | Cross | | Dir | Cross |
| | | | Michael Zarconi | 3 | 1 |
| | | | John Ortenzio | 3 | - |
| | | | Robert Chernicoff | 3 | 1 |

**Remarks**: Court opens with all counsel and parties present; Judge makes opening remarks; Defendants call witnesses; Defendants rest; No rebuttal by plaintiffs; Post trial briefs are ordered by judge to be due no later than 30 days after receipt of the transcripts; Off the record discussion takes place; Matter taken under advisement. Court in recess.

Courtroom Deputy:   Mark Armbruster                  Court Reporter: Anita Proctor

cc: court, kfk, mja

## WITNESS ACTIVITY LIST
### Allfirst Bank
### v.
### John M. Ortenzio
### 1:01-CV-0786

| Start | End | Time | Code | Dir | Cross | Redir | Re-cross | Atty No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 9:01 AM | 9:26 AM | :25 | | X | | | | 3 | Michael Zarcone |
| 9:26 AM | 9:37 AM | :11 | | | X | | | 1 | Michael Zarcone |
| 9:37 AM | 9:45 AM | :08 | | | | X | | 3 | Michael Zarcone |
| 9:45 AM | 9:47 AM | :02 | | | | | X | 1 | Michael Zarcone |
| | | | | | | | | | |
| 9:48 AM | 10:39 AM | :51 | B | X | | | | 3 | John Ortenzio |
| 10:51 AM | 11:02 AM | :11 | | X | no cross | | | 3 | John Ortenzio |
| | | | | | | | | | |
| 11:04 AM | 11:35 AM | :31 | | X | | | | 3 | Robert Chernicoff |
| 11:36 AM | 11:39 AM | :03 | | | X | | | 1 | Robert Chernicoff |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Codes: B=Break, L=Lunch, *=Sidebar