

7-31-02
MM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLFIRST BANK,** | CIVIL ACTION NO. 1:CV-01-0786 |
| Plaintiff | |
| v. | |
| **JOHN M. ORTENZIO,** | |
| Defendant | |



FILED
JUL 31 2002
PER: MM
HARRISBURG, PA.   DEPUTY CLERK

## ORDER

AND NOW, this **31** day of July, 2002, **IT IS HEREBY ORDER THAT**, within thirty days of the date of receipt of the trial transcript in the captioned matter, the parties shall submit post-trial briefs no more than twenty-five pages in length.

SYLVIA H. RAMBO
United States District Judge

Dated: July **31**, 2002.