EXHIBIT "L"

DEFENDANT'S LIST OF EXHIBITS

CASE CAPTION: Allfirst Bank v. John M. Ortenzio

CASE NUMBER: 1:01-CV-786

MIDDLE DISTRICT OF PENNSYLVANIA

JUDGE: The Honorable Sylvia Rambo



100
8-1-02
MA

| PTF | DFT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| | 1 | April 20, 1994 Letter Agreement re Establishment of cash Management Program C 8185-8188 | | | | |
| | 2 | Combined Account Analysis C 6187-6194 | | | | |
| | 3 | Corporate Checking Account Statement C 7401-7415 | 7-31-02 | 7-31-02 | Admit | Robert Chernicoff |
| | 4 | Transaction Receipt C 7769 | 7-30-02 | 7-30-02 | Admit | Jamin Gibson |
| | 5 | Accumulated Transaction List C 7750-7768, C 7398-7400 | | | | |
| | 6 | February 25, 2000 Letter From Craig Schwartz to Gerard Elias (with enclosures) C 6362-6366 | | | | |
| | 7 | Handwritten Notes C 1686-1692 | | | | |
| | 8 | July 22, 1992 Commercial Loan C 0102, Schwartz Deposition Exhibit 1 | | | | |
| | 9 | Commercial Loan Note Line of Credit dated November 20, 1998 C 0151-0156, Schwartz Deposition Exhibit 7 | | | | |
| | 10 | Accumulated Transaction List C 1678, Schwartz Deposition Exhibit 9 | 7-30-02 | 7-30-02 | Admit | Jamin Gibson |

FILED
JUL 31 2002
PER _____
HARRISBURG, PA   DEPUTY CLERK

113449.00601/21022107v1

| | | | | | |
|---|---|---|---|---|---|
| 11 | March 3, 2000 Memorandum from Craig Schwartz to Jamie Gibson C 7132-7134, Schwartz Deposition Exhibit 10 | 7-30-02 | 7-30-02 | Admit | Jamin Gibson |
| 12 | Borrower Rating Summary dated March 16, 1999 C 0259-0260, Schwartz Deposition Exhibit 11 | | | | |
| 13 | Allfirst Financial Charge-off Memorandum C 0547-0550, Gibson Deposition Exhibit 5 | 7-30-02 | 7-30-02 | Admit | Jamin Gibson |
| 14 | April 5, 2000 and March 3, 2000 Memoranda from Elaine Kowalski to Jamin Gibson C 0221-0235 | 7-30-02 | 7-30-02 | Admit | Jamin Gibson |
| 15 | Borrower Rating Summary C 0259-0260 | | | | |
| 16 | March 29, 2000 Letter from CCI Construction to Craig Schwartz C 0551 | | | | |
| 17 | February 24, 2000 Credit Review Quarterly Status Report C 0554-0557 | 7-30-02 | 7-30-02 | Admit | Jamin Gibson |
| 18 | Special Credit Division New Account Form C 0385-0388 | | | | |
| 19 | Allfirst Bank Commercial Loan Activity Journal for the Period 01/01/99 to 12/31/99, pages 1091-1102 | | | | |
| 20 | Allfirst Bank Commercial Loan Activity Journal for the Period 01/01/00 to 12/31/00, pages 5679-5699 | | | | |
| 21 | February 24, 2000 Letter from Lawrence J. Gebhardt to CCI Construction Co., Inc. | | | | |
| 22 | Allfirst Bank CCI Construction Co., Inc. Account History File C 5705-5738 | | | | |
| 23 | CCI Construction Co., Inc. Check No. 0060628 | 7-30-02 | 7-30-02 | Admit | Jamin Gibson |

113449.00601/21022107v1

| | | | | |
|---|---|---|---|---|
| 24 | Allfirst Bank/CCI Construction Account Statement for the Period January 31, 2000 to February 29, 2000 | 7-28-02 | 7-29-02 | Admit | Craig Schwartz |
| | All Exhibits Listed on Plaintiff's Exhibit List | | | | |

3