# LIST OF EXHIBITS

**CASE CAPTION:** Allfirst V. Ortenzio  **CASE NUMBER:** 1:01-CV-786

**MIDDLE DISTRICT OF PENNSYLVANIA**  **JUDGE:** Honorable Sylvia Rambo

(101) 8-1-02

| PTF | DFT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 1 | | 03/23/99 Commitment Letter | 7-29-02 | 7-29-02 | Admit | Craig Schwartz |
| 2 | | $4 Million FILM/Cash Solutions Promissory Note | " | " | " | " |
| 3 | | Allfirst PA Commercial Loan Write-Up Approval Form dated 03/04/99 | | | | |
| 4A | | 10/14/93 Commitment Letter | 7-30-02 | 7-30-02 | Admit | John Ortenzio |
| 4B | | 07/21/94 Commitment Letter | " | " | " | " |
| 4C | | 06/14/95 Commitment Letter | " | " | " | " |
| 4D | | 05/01/96 Commitment Letter | " | " | " | " |
| 4E | | 04/15/97 Commitment Letter | " | " | " | " |
| 4F | | 04/20/98 Commitment Letter | " | " | " | " |
| 5 | | CCI Construction Company Inc. Financial Statement 11/31/98 & 97 | 7-29-02 | 7-29-02 | Admit | John Ortenzio |
| 6 | | Allfirst Inter-Office Memorandum dated 10/26/99 | " | " | " | Craig Schwartz |
| 7 | | Line of Credit Increase Discussion Outline dated 11/02/99 | " | " | " | " |
| 8 | | Allfirst PA Write-Up Approval Form dated 11/03/99 | | | | |
| 9 | | Allfirst Inter-Office Memorandum dated 11/04/99 | 7-29-02 | 7-29-02 | " | Craig Schwartz |
| 10 | | 11/5/1999 Commitment Letter | " | " | " | " |
| 11 | | $1.2 Million Commercial Loan Note dated 11/08/99 | " | " | " | " |



FILED JUL 3 1 2002
PER _____ 
HARRISBURG, PA  DEPUTY CLERK

# LIST OF EXHIBITS

**CASE CAPTION:** Allfirst V. Ortenzio  **CASE NUMBER:** 1:01-CV-786

**MIDDLE DISTRICT OF PENNSYLVANIA**  **JUDGE:** Honorable Sylvia Rambo

| PTF | DFT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 12 | | Ortenzio Suretyship Agreement dated 11/08/99 | " | " | " | " |
| 13 | | Ortenzio Personal Financial Statement | 7-29-02 | " | " | Craig Schwartz |
| 14 | | Accumulated Transaction List | " | " | " | " |
| 15 | | Craig Schwartz correspondence dated 02/15/00 | 7-29-02 | " | Admit | Craig Schwartz |
| 16 | | Release of Collateral dated 02/15/00 | " | " | " | " |
| 17 | | CCI Construction Co., Inc. Income Statement | " | " | " | " |
| 18 | | CCI Construction Co., Inc. Balance Sheet | " | " | " | " |
| 19 | | CCI Construction Co., Inc. Cash Flow Projections | 7-29-02 | " | " | Craig Schwartz |
| 20 | | Notes of Jamin Gibson | 7-30-02 | 7-30-02 | Reserve | Jamin Gibson |
| 21 | | Shane Miller correspondence dated 02/18/00 | | | | |
| 22A | | Correspondence to Albemarle-Charlottesville Jail Authority 02/22/00 | 7-29-02 | 7-29-02 | Adm.+ | John Ortenzio |
| 22B | | Correspondence to Department of Transportation dated 02/22/00 | " | " | " | " |
| 22C | | Correspondence to Department of Transportation dated 02/22/00 | " | " | " | " |
| 22D | | Correspondence to PA Department of General Services 02/22/00 | " | " | " | " |
| 22E | | Correspondence to US Department of Agriculture 02/22/00 | " | " | " | " |
| 22F | | Correspondence to US Department of Agriculture 02/22/00 | " | " | " | " |

## LIST OF EXHIBITS

**CASE CAPTION: Allfirst V. Ortenzio**  **CASE NUMBER: 1:01-CV-786**

**MIDDLE DISTRICT OF PENNSYLVANIA**  **JUDGE: Honorable Sylvia Rambo**

| PTF | DFT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 22G | | Correspondence to US Department of Agriculture 02/22/00 | // | // | // | // |
| 22H | | Correspondence to James River Juvenile Detention Commission | // | // | // | // |
| 22I | | Correspondence to CENAB, USAD, Baltimore 02/24/00 | // | // | // | // |
| 22J | | Correspondence to VA Community College System 02/22/00 | // | // | // | // |
| 22K | | Correspondence to BCC Development and Management Co. 02/22/00 | // | // | // | // |
| 22L | | Correspondence to BCC Development and Management Co. 02/24/00 | // | // | // | // |
| 22M | | Correspondence to BCC Development and Management Company 02/22/00 | // | // | // | // |
| 22N | | Correspondence to PA Turnpike Commission 02/22/00 | // | // | // | // |
| 22O | | Correspondence to Angelo Iafrate Construction Company 02/22/00 | // | // | // | // |
| 22P | | Correspondence to US Department of Veterans Affairs 02/22/00 | // | // | // | // |
| 22Q | | Correspondence to USA Department of Army & Air Force 02/22/00 | // | // | // | // |
| 22R | | Correspondence to VA Commonwealth University 02/22/00 | // | // | // | // |
| 23A | | Correspondence to Albemarle-Charlottesville Jail Authority 02/24/00 | | | | |
| 23B | | Correspondence to Department of Transportation 02/24/00 | | | | |
| 23C | | Correspondence to Department of Transportation 02/24/00 | | | | |
| 23D | | Correspondence to Department of General Service 02/24/00 | | | | |

# LIST OF EXHIBITS

| CASE CAPTION: Allfirst V. Ortenzio | | CASE NUMBER: 1:01-CV-786 |
|---|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | | JUDGE: Honorable Sylvia Rambo |

| PTF | DFT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 23E | | Correspondence to US Department of Agriculture 02/24/00 | | | | |
| 23F | | Correspondence to US Department of Agriculture 02/24/00 | | | | |
| 23G | | Correspondence to US Department of Agriculture 02/24/00 | | | | |
| 23H | | Correspondence to James River Detention Commission 02/24/00 | | | | |
| 23I | | Correspondence to Department of Army Corps. Of Engineers 02/24/00 | | | | |
| 23J | | Correspondence to VA Community College System 02/24/00 | | | | |
| 23K | | Correspondence to BCC Development and Management Company 02/24/00 | | | | |
| 23L | | Correspondence to BCC Development and Mangaement Company 02/25/00 | | | | |
| 23M | | Correspondence to BCC Development and Management Company 02/25/00 | | | | |
| 23N | | Correspondence to William A. Chesnut 02/24/00 | | | | |
| 23O | | Correspondence to Department of Transportation 02/25/00 | | | | |
| 23P | | Correspondence to VA Maryland Health Systems 02/25/00 | | | | |
| 23Q | | Correspondence to US Property & Fiscal Office 02/24/00 | | | | |
| 23R | | Correspondence to VA Commonwealth University 02/24/00 | | | | |
| 24 | | Default Letter | 7-29-02 | 7-29-02 | Admit | Craig Schwartz |
| 25 | | Computation of principal and interest - $1.2 Million Loan Note | 7-30-02 | 7-30-02 | Admit | Jamin Gibson |

# LIST OF EXHIBITS

**CASE CAPTION:** Allfirst V. Ortenzio     **CASE NUMBER:** 1:01-CV-786

**MIDDLE DISTRICT OF PENNSYLVANIA**     **JUDGE:** Honorable Sylvia Rambo

| PTF | DFT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 26 | | Computation of principal and interest - $4 Million Line of Credit | 7-30-02 | 7-30-02 | Admit | Jamin Gibson |
| 27 | | Invoices of legal fees of Gebhardt & Smith LLP | | | | |
| 28 | | Computation of other litigation expenses | | | | |
| 29 | | Adversary Complaint - Bankruptcy Proceeding | 7-30-02 | 7-30-02 | Reserve | Jamin Gibson |
| 30 | | Allfirst's Answer to Adversary Complaint | 7-30-02 | 7-30-02 | Reserve | " |