
102
8-1-02
MA

UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Clerk's Office, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea,
Clerk

717-221-3920

FILED
JUL 3 1 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

IN RE: Allfirst Bank v. John M. Ortenzio
Case # 1:01-CV-0786

TO COUNSEL:

Your **original** trial exhibits are being returned to you in compliance with Middle District of Pennsylvania Local Rule 79.4.

It is your responsibility to keep these exhibits through the appeal period and make arrangements for transport should that be necessary.

Very truly yours,

Mary E. D'Andrea, Clerk

Mark J. Armbruster
Deputy Clerk

### RECEIPT

Receipt is hereby acknowledged for the exhibits introduced by Lawrence J. Gebhardt, Esq.
(Plaintiffs )

In the above-captioned matter.

_____
(Date)

_____
(Signature)