

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLFIRST BANK,** | CIVIL ACTION NO. 1:CV-01-0786 |
| Plaintiff | |
| v. | |
| **JOHN M. ORTENZIO,** | FILED |
| Defendant | SEP 2 7 2002 |
| | PER _____ |
| **ORDER** | HARRISBURG, PA DEPUTY CLERK |

    Plaintiff shall send its post-trial brief directly to the court's chambers no later than September 30, 2002. Defendant shall send his post-trial brief directly to the court's chambers no later than October 9, 2002. On October 9, 2002, the court will deliver to the Clerk of Court the original copies of the briefs to be filed as of record. On this same day, the parties shall serve copies of their respective briefs on each other.

**IT IS SO ORDERED.**

                                                              SYLVIA H. RAMBO
                                                    United States District Judge

Dated: September 27, 2002.