2 to Ct

● **ORIGINAL** ●


110
10-17-0
sc

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ALLFIRST BANK                    *

    Plaintiff,                  *

v.                               *        CASE NO.: 1:01-CV-786

JOHN M. ORTENZIO                 *        *Judge Rambo* ✓

    Defendant.                  *

*FILED HARRISBURG, PA OCT 16 2002 MARY E. D'ANDREA, CLERK Per_____*

*****************************************************************

## CERTIFICATE OF SERVICE
## OF POST TRIAL BRIEF

Pursuant to Judge Rambo's 9/26/02 Order, I HEREBY CERTIFY that a copy of *Plaintiff's Post Trial Brief* was served on October 9, 2002 by U.S. Mail, postage prepaid to: Edward I. Swichar, Esquire and Robert Burke, Esquire, BLANK ROME COMISKY & MCCAULEY LLP, One Logan Square, Philadelphia, PA 19103, *Attorneys for Defendant*.

                                                                        Ramsay M. Whitworth