2 to G
W/PROPO

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLFIRST BANK,<br>      Plaintiff, | Judge Rambo<br>CASE NO. 1:01-CV-786 |
| v. | |
| JOHN M. ORTENZIO,<br>      Defendant. | |

FILED
HARRISBURG, PA

JAN 10 2003

MARY E. D'ANDREA, CLERK

## DEFENDANT'S MOTION TO FILE ADDITIONAL BRIEF TO ADDRESS NEW PENNSYLVANIA AUTHORITY

Defendant, John M. Ortenzio, submits this Motion to file an additional brief to address application of new Pennsylvania Appellate authority. In support of this Motion, Defendant, John M. Ortenzio, relies upon the Memorandum of Law herewith and the exhibits attached hereto.

                Respectfully submitted,

                BLANK ROME LLP

                By: _____
                EDWARD I. SWICHAR
                ROBERT A. BURKE
                One Logan Square
                Philadelphia, PA 19103
                (215) 569-5500
                *Attorneys for Defendant*
                *John M. Ortenzio*

Dated: January 9, 2003

## CERTIFICATE OF SERVICE

Robert A. Burke, attorney for Defendant, John Ortenzio, hereby certifies that he caused a true and correct copy of Defendant's Motion to File Additional Brief to Address New Pennsylvania Authority and supporting Memorandum of Law to be served upon the following on this 9th day of January, 2003, by Federal Express:

Lawrence Gebhardt, Esquire
Gebhardt & Smith, LLP
The World Trade Center, Ninth Floor
Baltimore, MD   21020-3064

_____
ROBERT A. BURKE