IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLFIRST BANK,** | : | **CIVIL ACTION NO. 1:CV-01-0786** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN M. ORTENZIO,** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT** the Clerk of Court shall:

(1) Enter judgment in favor of Plaintiff on the issue of liability only; and

(2) Defer entry of judgment regarding the monetary amount of any damages until further order of court.

**IT IS FURTHER ORDER THAT**:

(3) Every sixty days, the parties shall file joint status reports regarding the status of *CCI Construction Co., Inc. v. Allfirst Bank*, currently pending before the United States Bankruptcy Court for the Middle District of Pennsylvania;

(4) The first such status report shall be filed no later than April 25, 2003.

 s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated:  April 14, 2003.