AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| **ALLFIRST BANK,** | : | **CIVIL CASE NO. 1:CV-01-0786** |
| | : | **Judge Sylvia H. Rambo** |
| **Plaintiff** | : | |
| v. | : | |
| **JOHN M. ORTENZIO,** | : | |
| | : | |
| **Defendant** | : | |

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**:**  **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of the Plaintiff, Allfirst Bank, and against the Defendant, John M. Ortenzio, on the issue of liability

**Date:** April 14, 2003         **Mary E. D'Andrea, Clerk of Court**

_/s/Mark J. Armbruster
**(By)** Mark J. Armbruster, Deputy Clerk