# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

ALLFIRST BANK

        Plaintiff,             :        CASE NO. 1:01-CV-786

       v.

JOHN M. ORTENZIO

        Defendant.

**FILED**
**HARRISBURG, PA**

APR 2 5 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## NOTICE OF APPEAL

Notice is hereby given that John M. Ortenzio, Defendant above named, hereby appeals to the Third Circuit of the United States Court of Appeals from:

1.    An Order of Judgment entered in this matter on the 14th day of April, 2003, granting Plaintiff relief; and

2.    An Order entered in this matter on the 30th day of January , 2003, denying Defendant's Motion for Leave to File Additional Brief to Address New Pennsylvania Appellate Authority.

These Orders have been entered in the docket.

Date:  4/24/03

EDWARD I. SWICHAR, ESQUIRE
Attorney I.D. No. 15175
ROBERT A. BURKE, ESQUIRE
Attorney I.D. No. 61268

BLANK ROME LLP
One Logan Square
Philadelphia, PA   19103
(215) 569-5500
*Attorneys for Defendant, John M. Ortenzio*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the within Notice of Appeal was served on this 24th day of April, 2003, via Federal Express, upon the following:

> Lawrence J. Gebhardt, Esquire
> Gebhardt & Smith LLP
> The World Trade Center
> 9th Floor
> Baltimore, MD 21202
> *Attorneys for Plaintiff*

ROBERT A. BURKE, ESQUIRE

113449.00601/21143421v1