# INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

## FOR THE  MIDDLE  DISTRICT OF  PENNSYLVANIA

### HARRISBURG, PA

CAPTION:

DISTRICT COURT NO.  **1:CV-01-786**

**Allfirst Bank**

**Vs**

CT. OF APPEALS NO. _____

**John M. Ortenzio**

NOTICE OF APPEAL FILED April 25, 2003

COURT REPORTER(S)  **Monica Zamiska, Lori Shuey, Anita Proctor**

FILING FEE:

NOTICE OF APPEAL **_X_** PAID  ___NOT PAID  ___SEAMAN

DOCKET FEE  **__X_** PAID  ___NOT PAID  ___USA

CJA APPOINTMENT: (Attach Copy of Order)

___ PRIVATE ATTORNEY
___ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
___ MOTION PENDING

LEAVE TO PROCEED <u>IN FORMA PAUPERIS</u> STATUS, IF APPLICABLE:
        (Attach Copy of Order)
___ MOTION GRANTED(IN FIRST INSTANCE)
___ MOTION DENIED (IN FIRST INSTANCE)
___ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
        (Attach copy of Order)
___ GRANTED
___ DENIED
___ PENDING

COPIES TO:
Judge Rambo
Lawrence J. Gebhardt, Esquire
Michael D. Nord, Esquire
Ramsay M. Whitworth, Esquire
Edward I, Swichar, Esquire
George J. Krueger, Esquire
James G. Wiles, Esquire
Robert A. Burke, Esquire
File Copy

PREPARED BY  __Jill Cardile_____
Deputy Clerk

Date: April 28, 2003