

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address: www.pamd.uscourts.gov*

MARY E. D'ANDREA
*Clerk of Court*

*Divisional Offices:*

*Harrisburg:*   *(717) 221-3920*
*Williamsport:*  *(570) 323-6380*

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA  19106-1790

**RE:  Allfirst Bank vs. John M. Ortenzio**
        **USDC NO: 1:CV-01-786**
        **USCA NO:**
        **E-mail Account: All correspondence should be sent to the e-mail account:**
        **PAMDAPPEAL1**

Dear Ms. Waldron:

A **Notice of Appeal** was filed in the above-referenced case.

———          **Civil Prisoner Case: Case file and docket sheet available through RACER.**

———          **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.**

__X__          **Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.**

———          **Civil Prisoner Case: ___ Supplemental Record filed.  Documents and docket sheet available through RACER.**

———          **Non-Prisoner Civil Case or Criminal Case:**
               **____ Supplemental Record filed.  Docket Sheet available through RACER.**

        The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

                                        Very truly yours,

                                        s/  Jill Cardile
                                        Deputy Clerk

Date:  April 28, 2003