# Return Receipt

| | |
|---|---|
| Your document: | 1:01cv786 Notice of Appeal |
| was received by: | Gayle Burr/CA03/03/USCOURTS |
| at: | 04/29/2003 06:39:18 AM |