OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>**CLERK** | UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>267-299- 4919___ |

Website: http://www.ca3.uscourts.gov

April 30, 2003

## NOTICE OF DOCKETING OF APPEAL

**Allfirst Bank**
v.
**Ortenzio**

**No.: 01-cv-00786**

**(Honorable Sylvia H. Rambo)**

An appeal by **John M. Ortenzio** was filed in the above-caption case on April 25, 2003 and docketed in this Court on April 30, 2003 at No. **03-2225**

Kindly use the Appeals Docket No. **03-2225** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **Chiquita Dyer** at chiquita_dyer@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**