IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK | * | |
| Plaintiff, | * | |
| v. | * | CASE NO.: 1:01-CV-786 |
| JOHN M. ORTENZIO | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT STATUS REPORT

Plaintiff, Allfirst Bank, and Defendant, John M. Ortenzio, by their respective undersigned counsel, provide the following joint status report regarding the pending adversary proceeding in *In Re CCI Construction, Inc.*, Case No.: 1-00-02239-RJW-1, Adversary No.: 1-01-00011A, instituted by the Debtor against Allfirst.

1. A status conference in open court was held before United States Bankruptcy Judge John Thomas on May 5, 2003. At the status conference, it was agreed that the first part of September would be a convenient time for the Court and opposing counsel to try the preference action. No date was set pending the scheduling of a conference call with Judge Thomas. As of the date of this joint status report, no conference call has been held and no specific date for the trial has been set.

2. Just prior to the May 5, 2003 status conference, The St. Paul Companies,

an intervener in the preference action, filed a motion for partial summary judgment on one of the challenged transfers. Allfirst has opposed this motion and has moved for full summary judgment as to the three challenged transfers. These motions are pending, and no hearing has been set.

_____   _____
Edward I. Swichar                     Lawrence J. Gebhardt
BLANK ROME COMISKY                    Ramsay M. Whitworth
& MCCAULEY LLP                        GEBHARDT & SMITH, LLP
One Logan Square                      401 East Pratt Street
Philadelphia, PA 19103                Baltimore, Maryland 21202

*Counsel for Defendant*               *Counsel for Plaintiff*

2