IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ALLFIRST BANK                                    *

    Plaintiff,                               *

v.                                               *     CASE NO.: 1:01-CV-786

JOHN M. ORTENZIO                                 *

    Defendant.                               *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT STATUS REPORT

_____Plaintiff, Allfirst Bank, and Defendant, John M. Ortenzio, by their respective undersigned counsel, provide the following joint status report regarding the pending adversary proceeding in *In Re CCI Construction, Inc.*, Case No.: 1-00-02239-RJW-1, Adversary No.: 1-01-00011A, instituted by the Debtor against Allfirst.

    1.    Trial of the preference action has been set for September 3, 2003.

    2.    Still pending are the motion for partial summary judgment filed by The St. Paul Companies, an intervener in the preference action, and Allfirst's motion for full summary judgment as to the three challenged transfers.  No hearing has yet been set for the resolution of these motions.

    3.    Finally, as the Court is likely aware, the Defendant, John Ortenzio, has appealed the April 14, 2003 order of this Court.

4.      Allfirst has filed a motion to dismiss the appeal on the grounds that the

April 14, 2003 order is not a final order and is therefore not appealable.  No decision

on this motion has been made and no hearing has been set.

| _____/s/_____ | _____/s/_____ |
|---|---|
| Edward I. Swichar | Lawrence J. Gebhardt |
| BLANK ROME COMISKY | Ramsay M. Whitworth |
|   & MCCAULEY LLP | GEBHARDT & SMITH, LLP |
| One Logan Square | 401 East Pratt Street, 9th Floor |
| Philadelphia, PA 19103 | Baltimore, Maryland 21202 |
| | |
| *Counsel for Defendant* | *Counsel for Plaintiff* |