IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK | * | |
| Plaintiff, | * | |
| v. | * | CASE NO.: 1:01-CV-786 |
| JOHN M. ORTENZIO | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **JOINT STATUS REPORT**

Plaintiff, Allfirst Bank, and Defendant, John M. Ortenzio, by their respective undersigned counsel, provide the following joint status report regarding the pending adversary proceeding in *In Re CCI Construction, Inc.*, Case No.: 1-00-02239-RJW-1, Adversary No.: 1-01-00011A, instituted by the Debtor against Allfirst.

1. Trial of the preference action, which was previously scheduled for June 10 and 11, 2004, has been postponed to September 28, 2004.

2. The above-captioned parties do not anticipate any change in the status of the adversary proceeding until after the September 28th trial.

3. Therefore, unless this Court orders otherwise, the above-captioned parties will respectfully withhold the filing of any additional Joint Status Reports until after the conclusion of the September 3rd trial or upon the happening of any event affecting the

status of the adversary proceeding.


| /s/ | /s/ |
|---|---|
| Edward I. Swichar | Lawrence J. Gebhardt |
| BLANK ROME COMISKY | Ramsay M. Whitworth |
|    & MCCAULEY LLP | GEBHARDT & SMITH, LLP |
| One Logan Square | 401 East Pratt Street, 9th Floor |
| Philadelphia, PA 19103 | Baltimore, Maryland 21202 |
|  |  |
| *Counsel for Defendant* | *Counsel for Plaintiff* |