OFFICE OF THE CLERK

# United States Court of Appeals
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

MARCIA M. WALDRON
CLERK

TELEPHONE
215-597-2995

**Harrisburg Pennsylvania** Clerk
(District)

Date __8/5/04__

**Allfirst Bank v. Ortenzio**
(Caption)

C. of A. No. <u>03-2225</u>

John M. Ortenzio
(Appellant)

01-cv-00786
(D.C. No.)

Enclosures:

__8/5/04__ Certified copy of C. of A. Order by the **Court** /Clerk
(Date)

*FILED HARRISBURG, PA AUG 16 2004 MARY E. D'ANDREA, CLERK Per [signature] Deputy Clerk*

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in lieu of Record to this office.

____ The certified copy of Judgement issued as the mandate on _____ is recalled.

__Chiquita Dyer__    (267)-299- __4919__
Case Manager    Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 4/3/03
Appeals (Certified List in Lieu of Record)

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 24, 2004
C-117

No. 03-2225
ALLFIRST BANK

v.

JOHN M. ORTENZIO, Appellant
(Middle District of Pennsylvania (Harrisburg)D.C. 01-cv-00786)

**Present:**  ALITO, FUENTES AND CHERTOFF, <u>Circuit Judges.</u>

1. Clerk's Submission for Possible Dismissal for Jurisdiction Defect.

2. Response by Appellee to Clerk's Letter for Possible Dismissal for Jurisdiction Defect.

3. Response by Appellant to Clerk's Letter for Possible Dismissal for Jurisdiction Defect.

4. Motion by Appellee to Dismiss Appeal.

5. Response by Appellant in Opposition to Appellee's Motion to Dismiss Appeal.

6. Motion by Appellant to Strike Appellee's Motion to Dismiss Appeal.

7. Response by Appellee in Opposition to Appellant's Motion to Strike.

8. Reply by Appellee in Support of Motion to Dismiss Appeal.

Chiquita Dyer
Case Manager    267-299-4919

_____**O R D E R**_____

The order being appealed does not dismiss all claims as to all parties and has not been certified by the District Court under Fed. R. Civ. P. 54(b), the order is not appealable at this time. <u>Andrews v. United States</u>, 373 U.S. 334 (1963).  Accordingly, Appellee's motion to dismiss is granted and the appeal is dismissed for lack of appellate jurisdiction. Appellant's motion to strike Appellee's memorandum of law is denied.

By the Court,

Marcia M. Waldron,
Clerk

/s/ Michael Chertoff, Circuit Judge

**Dated:** August 5, 2004