IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK | * | |
| Plaintiff, | * | |
| v. | * | CASE NO.: 1:01-CV-786 |
| JOHN M. ORTENZIO | * | |
| Defendant. | * | |

*******************************************************************

## JOINT STATUS REPORT

Plaintiff, Allfirst Bank, and Defendant, John M. Ortenzio, by their respective undersigned counsel, provide the following joint status report regarding the pending adversary proceeding in *In Re CCI Construction, Inc.*, Case No.: 1-00-02239-RJW-1, Adversary No.: 1-01-00011A, instituted by the Debtor against Allfirst.

1. Trial of the adversary proceeding was held on February 3rd and 4th, 2005 at the United States Bankruptcy Court for the Middle District of Pennsylvania, Wilkes-Barre Division, before the Honorable John J. Thomas.

2. At the conclusion of the trial, the Court requested that the parties simultaneously submit post-trial briefs forty-five days after the delivery of the trial transcripts, with reply briefs due thirty days thereafter.

3. The transcripts have been delivered and the parties are currently drafting

their relative post-trial briefs.

4. Pursuant to this Court's April 13, 2003 Order, the above-captioned parties will continue to file periodic Joint Status Reports relating to the progress of the adversary proceeding.

| /s/ Edward I. Swichar | /s/ Lawrence J. Gebhardt |
|---|---|
| Edward I. Swichar | Lawrence J. Gebhardt |
| BLANK ROME COMISKY | Ramsay M. Whitworth |
|   & MCCAULEY LLP | GEBHARDT & SMITH, LLP |
| One Logan Square | 401 East Pratt Street, 9th Floor |
| Philadelphia, PA 19103 | Baltimore, Maryland 21202 |
| *Counsel for Defendant* | *Counsel for Plaintiff* |