IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK, | : | CIVIL ACTION NO. 1:01-CV-786 |
| | : | (Honorable Sylvia H. Rambo) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN M. ORTENZIO, | : | |
| | : | |
| Defendant. | : | |

### ORDER

AND NOW, this 7th day of July, 2005, upon consideration of Counsel for Defendant's Motion for Withdrawal of Appearance, it is hereby ORDERED and DECREED that said motion is GRANTED.

BY THE COURT:

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK, | : | CIVIL ACTION NO. 1:01-CV-786 |
| | : | (Honorable Sylvia H. Rambo) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN M. ORTENZIO, | : | |
| | : | |
| Defendant. | : | |

## COUNSEL FOR DEFENDANT'S MOTION FOR WITHDRAWAL OF APPEARANCE

Counsel for defendant, John M. Ortenzio, hereby moves this Court for an Order withdrawing the appearance of Edward I. Swichar, Esq., Robert A. Burke, Esq., and Blank Rome LLP (collectively "Counsel") on behalf of Mr. Ortenzio in connection with the above-captioned matter. In support of its Motion, Counsel states as follows:

1. Mr. Ortenzio has discharged Counsel from representing Mr. Ortenzio in connection with the above-captioned matter.

2. Based on the foregoing, the withdrawal of counsel is warranted and appropriate.

WHEREFORE, Counsel for Defendant, John M. Ortenzio, prays this Court for an Order withdrawing the appearance of Edward I. Swichar, Esq., Robert A. Burke, Esq., and Blank Rome LLP on behalf of Mr. Ortenzio in connection with the above-captioned matter.

**BLANK ROME LLP**

Dated: July 7, 2005

/s/ Robert A. Burke
Edward I. Swichar, Esq.
Robert A. Burke, Esq.
One Logan Square
Philadelphia, PA  19103
Phone: (215) 569-5705
Fax: (215) 832-5705

Attorneys for Defendant, John M. Ortenzio

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Counsel for Defendant's Motion for Withdrawal of Appearance was served this 7th day of July, 2005, by first class mail, postage prepaid, upon the following:

>Lawrence J. Gebhardt, Esquire
>Gebhardt & Smith LLP
>The World Trade Center, 9th Floor
>Baltimore, MD, 21202
>*Attorneys for Plaintiff*

>Mr. John M. Ortenzio
>510 Orchard Drive
>Lemoyne, PA 17043
>*Defendant*

>/s/ Robert A. Burke
>ROBERT A. BURKE, ESQ.