IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLFIRST BANK, | : | CIVIL ACTION NO. 1:01-CV-786 |
| | : | (Honorable Sylvia H. Rambo) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN M. ORTENZIO, | : | |
| | : | |
| Defendant. | : | |

### ORDER

AND NOW, this 9th day of July, 2005, upon consideration of Counsel for Defendant's Motion for Withdrawal of Appearance, it is hereby ORDERED and DECREED that said motion is GRANTED.

BY THE COURT:

_/s/ Sylvia H. Rambo_
J.