```
Court Name: Pennsylvania Middle
Division: 1
Receipt Number: 111000078
Cashier ID: jcardile
Transaction Date: 11/08/2006
Payer Name: MAYER BROWN ROWE
-----------------------------------
PRO HOC VICE
 For: EVAN M. TAGER
 Case/Party: D-PAM-3-06-PO-000001-001
 Amount:         $25.00
-----------------------------------
CHECK
 Check/Money Order Num: 6870
 Amt Tendered:   $25.00
-----------------------------------
Total Due:       $25.00
Total Tendered: $25.00
Change Amt:       $0.00
```