IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLFIRST BANK,** | **CIVIL NO. 1:CV-01-0786** |
| Plaintiff | |
| v. | |
| **JOHN M. ORTENZIO,** | |
| Defendant | |

## O R D E R

The background of this order is as follows: By order dated April 13, 2003, the captioned parties were directed to file periodic status reports on the progress of the bankruptcy proceedings involving CCI Construction Co., Inc. a/k/a CCI/Ortenzio Co., Inc. The last status report was filed on April 7, 2005.

The court notes that on April 18, 2007, the bankruptcy court entered an opinion and order in an adversary proceeding related to the bankruptcy proceedings mentioned above. The bankruptcy court granted judgment in favor of CCI Construction Company and against Allfirst Bank.

**IT IS HEREBY ORDERED THAT** no later than May 1, 2007, the parties to the captioned action shall file a report with the court on (1) the impact of the bankruptcy order in the adversary proceeding on the captioned action, if any, and (2) whether there is a need to continue the stay in the captioned case.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: April 24, 2007.