(410)385-5100
E-Mail Address:
    lgebh@gebsmith.com

April 26, 2007

**VIA ELECTRONIC FILING**

Judge Sylvia Rambo
United States District Court for
  The Middle District of Pennsylvania
P.O. Box 983, Federal Building
Harrisburg, PA 17108

    RE:    *Allfirst Bank v. Ortenzio*
           Case No.: 1:01 -CV - 0786 (Judge Rambo)
           Our File No.: 19527

Dear Judge Rambo:

    I am responding on behalf of Allfirst Bank to the direction in the Court's Order of April 24, 2007 to provide a status report for the above case.

    Allfirst believes that the stay currently applicable to the case should be lifted and that Allfirst should be permitted to file a motion requesting the Court to extend the interlocutory judgment to a final judgment that has been increased by the amount of Allfirst's liability under the Bankruptcy Court's judgment on April 18, 2007. Although the Bankruptcy Court's judgment may be appealed by either side and although there is currently an open issue as to the applicable interest rate on the amount of the preference the Bankruptcy Court determined occurred (the Federal judgment rate or the Pennsylvania pre-judgment rate), there would appear to be no reason for the stay to continue in effect given that the Court may now set a final judgment amount. Allfirst believes this case is in a posture to have a final judgment entered in a specified amount in favor of Allfirst.

                Very truly yours,

                _____/s/_____
                Lawrence J. Gebhardt

LJG/cjl
cc:    Evan M. Tager, Esquire
       Jamin Gibson (w/encl)
       Mark Warner (w/encl)