IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALLFIRST BANK, : CIVIL ACTION NO. 1:CV-01-0786
      Plaintiff, : JUDGE SYLVIA H. RAMBO
      v. :
JOHN M. ORTENZIO, :
      Defendant. :

**O R D E R**

Upon consideration of the matters discussed in a May 3, 2007 telephonic conference call, **IT IS HEREBY ORDERED THAT** the parties shall file a joint status report no later than May 31, 2007, on whether there is a need to continue the stay in the captioned case. If it is not possible to file a joint status report, the parties may file separate status reports.

                                                  s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: May 3, 2007.