(410)385-5100
E-Mail Address:
   lgebh@gebsmith.com

May 21, 2007

**VIA ELECTRONIC FILING**

Judge Sylvia Rambo
United States District Court for
  The Middle District of Pennsylvania
P.O. Box 983, Federal Building
Harrisburg, PA 17108

    RE:    *Allfirst Bank v. Ortenzio*
           *Case No.: 1:01 -CV - 0786 (Judge Rambo)*
           *Our File No.: 19527*

Dear Judge Rambo:

    I am pleased to report that M&T Bank and John Ortenzio and CCI Construction Company have fully settled the pending cases in the United States District Court and in the United States Bankruptcy Court. We anticipate filing a notice of dismissal, with prejudice, in the above referenced case this week.

           Very truly yours,

              /s/
           Lawrence J. Gebhardt

LJG/cjl
cc:    Evan M. Tager, Esquire