**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALLFIRST BANK** | : | |
| 25 S. Charles Street | : | CASE NO.:  1:01-CV-786 |
| Baltimore, MD  21201 | : | |
|     **Plaintiff** | : | **Judge Sylvia Rambo** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN M. ORTENZIO** | : | |
| 510 Orchard Drive | : | |
| Lemoyne, PA | : | |
|     **Defendant** | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**TO DISCONTINUE WITH PREJUDICE PURSUANT TO**
**<u>FED. R. CIV. P. RULE 41 TO DISCONTINUE ACTION</u>**

The parties to the above action, through their respective counsel, hereby stipulate that the above action shall be dismissed with prejudice.  Pursuant to Rule 41

of the Federal Rules of Civil Procedure the action may be dismissed without Order of Court.

                                                  By: /s/ Michael D. Nord
                                                      Michael D. Nord, Esquire
                                                      Gebhardt & Smith, LLP
                                                      The World Trade Center
                                                      401 East Pratt Street, 9th Floor
                                                      Baltimore, MD 21202-3064
                                                      Attorney for Allfirst Bank

                                                  By: /s/ Evan Tager
                                                      Evan Tager, Esquire
                                                      Mayer Brown Rowe
                                                      1909 K Street N West
                                                      Washington, DC  20006

DATE: May 24, 2007

F:\Home\AHEWITT\DOCS\O-P\ORTENZIO\ALLFIRST\STIPULATION ALLFIRST & ORTENZIO.wpd