IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ALLFIRST BANK,** : **CIVIL NO. 1:CV-01-0786**
      **Plaintiff** :
      v. :
**JOHN M. ORTENZIO,** :
      **Defendant** :

## O R D E R

**IT IS HEREBY ORDERED THAT** the stipulation of dismissal with prejudice filed by the parties in the captioned action is **APPROVED**. The Clerk of Court shall close the file.

                              s/Sylvia H. Rambo
                              SYLVIA H. RAMBO
                              United States District Judge

Dated: May 24, 2007.